IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS BLAND,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PATRICK LEWIS et al.,** | : | NO. 14-1892 |
| *Defendants*. | : | |

**O R D E R**

**AND NOW**, this 12th day of July, 2016, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 39), Defendants' Motion to Amend/Correct the Motion for Summary Judgment (Docket No. 48), Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment (Docket No. 45), Plaintiff's Supplemental Response in Opposition to Defendants' Motion for Summary Judgment (Docket No. 49), Defendants' Supplemental Brief in Support of their Motion for Summary Judgment (Docket No. 52), and following oral argument held on April 8, 2016, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Amend/Correct the Motion for Summary Judgment (Docket No. 48) is **GRANTED**.

2. Defendants' Motion for Summary Judgment (Docket No. 39) is **DENIED**.

BY THE COURT:

   s/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge